**Motion Granted and Order filed November 3, 2011.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-10-00052-CV**
_____

**COMPASS BANK, Appellant**

**V.**

**MARHABA PARTNERS LIMITED PARTNERSHIP, Appellee**

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 935955**

## O R D E R

On February 9, 2010, this court was notified that appellee, Marhaba Partners Limited Partnership, had petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 10-30227. On February 18, 2010, this court ordered the cause abated and treated as a closed case because of the automatic bankruptcy stay. *See* Tex. R. App. P. 8.2.

On October 14, 2011, appellant filed a motion to reinstate the case. *See* Tex. R. App. P. 8.3. According appellant's verified motion, the bankruptcy case has been

dismissed. Appellant included with the motion a copy of the bankruptcy case dismissal notice. Appellee did not file a response in opposition to the motion. We **GRANT** the motion and order the appeal **REINSTATED.** Appellant's brief had not been filed when the appeal was abated. Accordingly, we order appellant to file its brief on or before **December 2, 2011.**

PER CURIAM